| FRANK DURKAN | **O'DWYER & BERNSTIEN, LLP** | PAUL O'DWYER (1907-1998) |
|---|---|---|
| BRIAN O'DWYER | ATTORNEYS AT LAW | OSCAR BERNSTIEN (1888-1974) |
| GARY SILVERMAN | PAUL O'DWYER WAY | |
| CHRISTOPHER DOWNES* | 52 DUANE STREET | OF COUNSEL: |
| VICTOR GRECO | NEW YORK, N.Y. 10007 | THOMAS J. HUGHES, JR. |
| CODY K. M'CONE | (212) 571-7100 | ANNE M. PAXTON |
| GARY P. ROTHMAN* | (516) 248-4224 | MICHAEL CARROLL |
| STEVEN ARIPOTCH | FAX (212) 571-7124 | CRAIG R. NUSSBAUM |
| J. P. DELANEY | | |
| DAVID H. SCHULTZ** | | * ALSO ADMITTED IN NJ |
| RAÚL GARCÍA | | ** ALSO ADMITTED IN CT |
| ANGELIQUE NORTON | | ^ ALSO ADMITTED IN PA & NJ |
| ROBERT DUNNE | | |
| JASON S. FUHMAN^ | | WRITER'S DIRECT DIAL |
| M. GLADYS T. ORANGA | | |
| ANDREW R. GRABOIS | | |
| NICHOLAS S. HANLON | | |
| HELEN WROBEL | | |

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 1 9 2008
```

May 19, 2008

VIA FACSIMILE: 212.805.6304
Hon. Paul A. Crotty, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 735
New York, New York 10007

Re:  Persico Contracting & Trucking, Inc. v. District Council of Carpenters Pension Fund, et al., 08 CV 4080 (PAC)

**MEMO ENDORSED**

Dear Judge Crotty:

This office represents respondents in the above referenced matter. This letter is submitted pursuant to a discussion with your chambers this morning the initial conference scheduled for this afternoon. Regrettably, due a clerical error, this office was not aware of this afternoon's conference, and as such, we failed to notify opposing counsel of the conference as well. Since being notified of the conference this morning, we have made a number of attempts to contact opposing counsel by phone throughout the day, but have been unsuccessful. Thus, we respectfully submit this request for an adjournment of today's conference.

Respectfully yours,

*Nicholas Hanlon (YR)*

Nicholas Hanlon, Esq.

Application GRANTED. The conference is adjourned to 6/4/08 at 3:15 pm in Courtroom 20C. The parties shall comply with the May 7, 2008 IPTC Order.

SO ORDERED: MAY 1 9 2008

HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE