USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __JUN 0 4 2008__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X

PERSICO CONTRACTING & TRUCKING, INC.

08 Cv. 4080 (PAC)

Petitioner,

**STIPULATION OF
DISMISSAL**

-against-

THE NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS' PENSION FUND, THE NEW YORK
CITY DISTRICT COUNCIL OF CARPENTERS'
WELFARE FUND, THE NEW YORK CITY DISTRICT
COUNCIL OF CARPENTERS' VACATION FUND,
THE NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS' ANNUITY FUND, THE NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS' APPRENTICESHIP
FUND, THE NEW YORK CITY DISTRICT COUNCIL
OF CARPENTERS' CHARITY FUND, THE NEW YORK
CITY DISTRICT COUNCIL OF CARPENTERS' LABOR
MANAGEMENT CORPORATION, MICHAEL J. FORDE,
AND PAUL O'BRIEN, trustees,

Respondent.

--------------------------------------------------------------X

     **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for all the parties to the above entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of this action, the above entitled action be, and the

same hereby is, discontinued without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). *The June 4, 2008 PTC is off the calendar.*

Dated: New York, N.Y.
        June 2, 2008

CLIFFORD H. GREENE & ASSOCIATES

By:    Clifford H. Greene, Esq.
       Attorneys for Petitioner
       (CG - 8292)
       145 Huguenot Street, Suite 402
       New Rochelle, N.Y. 10801
       (914) 738-5992

O'DWYER & BERNSTIEN

By:    Nicholas Hanlon, Esq.
       Attorneys for Respondents
       (NH - 0001 )
       52 Duane Street
       New York, N.Y. 10007
       (212) 571-7100

SO ORDERED: _____

HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE